Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CardSoft, LLC _____ v. VeriFone, Inc. _____

No. 14-1135

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for:    CardSoft, LLC
                                      Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    _____ Amicus curiae    _____ Cross Appellant
_____ Appellant    ✓ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Donald R. McPhail |
| Law firm: | Cozen O'Connor |
| Address: | 1627 I Street, Suite 1100 |
| City, State and ZIP: | Washington, DC 20006 |
| Telephone: | 202-912-4819 |
| Fax #: | 202-861-1905 |
| E-mail address: | dmcphail@cozen.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 7, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/13/13
Date

_____
Signature of pro se or counsel

cc: _____

123