FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CardSoft, LLC         v. VeriFone, Inc.

No. 14-1135

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se        ✓ As counsel for:   CardSoft, LLC
                                        Name of party

I am, or the party I represent is (select one):

____ Petitioner   ____ Respondent   ____ Amicus curiae   ____ Cross Appellant
____ Appellant    ✓ Appellee        ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant       ____ Respondent or appellee

My address and telephone are:

Name: Kerry B. McTigue
Law firm: Cozen O'Connor
Address: 1627 I Street, Suite 1100
City, State and ZIP: Washington, DC 20006
Telephone: 202-912-4810
Fax #: 202-861-1905
E-mail address: kmctigue@cozen.com

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1/7/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

____ Yes   ✓ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/18/2013
Date                            Signature of pro se or counsel

cc: _____

123